**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00841-CV

### IN THE INTEREST OF B.H.W., L.A.W., AND R.L.W., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-56186-2010**

## ORDER

We **GRANT** court reporter Indu Bailey's request for extension of time to file the reporter's record and **ORDER** the record be filed no later than January 7, 2015.

/s/    CRAIG STODDART
        JUSTICE